UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-01278-DBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOY R. ROBERTSON,

    Defendant,

    and

ANIMAL CRITICAL CARE & EMERGENCY SERVICES,

    Garnishee.

---

**ORDER DISMISSING WRIT OF GARNISHMENT**

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment in this case is GRANTED.

ORDERED and entered this 20 day of May, 2008.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE