UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-01278-DBS

UNITED STATES OF AMERICA,

  Plaintiff,

v.

JOY R. ROBERTSON,

  Defendant,

and

BANFIELD PET HOSPITAL,

  Garnishee.

## GARNISHEE ORDER

  A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on March 16, 2009, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due Defendant, and that garnishee was indebted to Defendant in the form of wages paid to the debtor. On February 27, 2009, Defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

  **IT IS THEREFORE ORDERED** that Garnishee pay each pay period 25% of defendant's disposable wages to Plaintiff and continue said payments until the debt to the Plaintiff is paid in full or until the garnishee no longer has custody, possession or

control of any property belonging to the debtor or until further order of this Court.

DONE AT DENVER, COLORADO, this 7th day of April , 2009.

BY THE COURT:

*S/John L. Kane*
UNITED STATES DISTRICT JUDGE