UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-01278-DBS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOY R. ROBERTSON,

       Defendant,

and

BANFIELD PET HOSPITAL,

       Garnishee.

## ORDER DISMISSING WRIT OF GARNISHMENT

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, IT IS HEREBY ORDERED that the Motion to Dismiss Writ of Garnishment in this case is GRANTED.

DATED: June 1, 2009

                                  BY THE COURT:

                                  ***S/John L. Kane***
                                  UNITED STATES DISTRICT JUDGE